Jeremy W. Faith (State Bar No. 190647)
*Jeremy@MarguliesFaithLaw.com*
Monsi Morales (State Bar No. 235520)
*Monsi@MarguliesFaithLaw.com*
MARGULIES FAITH LLP
16030 Ventura Blvd., Suite 470
Encino, CA  91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777

Counsel for Debtor, RS Construct, Inc.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>RS CONSTRUCT, INC.,<br><br>Debtor. | Case No.:  9:17-bk-10920-DS<br><br>Chapter:  7<br><br>**FINAL REPORT AND ACCOUNT PURSUANT TO RULE 1019(5) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULE 2015-2(d)**<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

RS Construct, Inc., the former chapter 11 debtor and debtor-in-possession (the "Debtor"), submits this Final Report and Account Pursuant to Local Bankruptcy Rule 2015-2 and Federal Bankruptcy Rule 1019(5).

The Debtor is informed and believes that, as of the date of conversion, the assets transferred to the chapter 7 estate and their approximate, estimated values are as follows:

///

///

///

///

**PERSONAL PROPERTY**

| Description of Property | Net Value of Debtor's Interests |
|---|---|
| Bank Accounts | $19,433.11 |
| Accounts receivable | $1,922,000.00 |
| Four desktop computers, two laptop computers | $0.00 |
| 2015 Chevrolet 3500 flat/stake bed truck. | $16,000.00 |
| Miscellaneous tools, Nikon Survey Laser Level, gang box, scaffolding, miscellaneous specialty tools, four Hepa Filter | $5,700.00 |
| Internet Domain name: www.rscontruct.net | $0.00 |
| Potential lawsuit against Protection Legal Group, LLC | $0.00 |
| Potential lawsuit against Stonebridge Companies | $0.00 |
| Potential lawsuit against Funding Strategy Partners, LLC | $0.00 |
| Potential insurance rebate: WBS Insurance 2015-2016 and 2016-2017 | $0.00 |
| Potential insurance rebate: State Compensation Insurance Fund 2014-2015 | $25,000.00 |
| Potential equity in five lease-to-own vehicles surrendered pre-petition to lease (Enterprise Fleet Management) | 0.00 |
| Payment for sale of computer to Linda Ciani | $0.00 |

DATED: April 27, 2020         MARGULIES FAITH, LLP

By:_____/s/ *Jeremy W. Faith*_____
Jeremy W. Faith
Monsi Morales
Attorneys for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **FINAL REPORT AND ACCOUNT PURSUANT TO RULE 1019(5) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULE 2015-2(d)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 27, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR CERTIFIED MAIL** (state method for each person or entity served):
On April 27, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** Pursuant to Amended General Order 20-02, Filed April 1, 2020, no Judge's copy is being served.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 27, 2020 | Angela Saba | /s/ Angela Saba |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION (if needed):

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**ATTORNEY FOR DEBTOR: Jeremy Faith**     Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Victoria@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

**ATTORNEY FOR U.S. TRUSTEE: Brian D Fittipaldi**     brian.fittipaldi@usdoj.gov

**ATTORNEY FOR CREDITOR: Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

**ATTORNEY FOR INTERESTED PARTY: Jeffrey W Griffith**     jwgriffith@cox.net, jrodriguez@lonondfischer.com

**ATTORNEY FOR CREDITOR: John D Guerrini**     guerrini@guerrinilaw.com

**ATTORNEY FOR INTERESTED PARTY: Jeffrey J Hagen**     jeff@hagenhagenlaw.com

**ATTORNEY FOR CREDITOR: Ira Benjamin Katz**     IKatz@katzlaw.net, ikatz@ecf.inforuptcy.com

**ATTORNEY FOR INTERESTED PARTY: William W Kim**     william@parkandlim.com

**ATTORNEY FOR INTERESTED PARTY: Jeffrey S Kwong**     jsk@lnbyb.com, jsk@ecf.inforuptcy.com

**ATTORNEY FOR INTERESTED PARTY: Mitchell B Ludwig**     mbl@kpclegal.com

**ATTORNEY FOR DEBTOR: Noreen A Madoyan**     Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

**ATTORNEY FOR DEBTOR: Monserrat Morales**     Monsi@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com

**ATTORNEY FOR INTERESTED PARTY: Alan I Nahmias**     anahmias@mbnlawyers.com, jdale@mbnlawyers.com

**TRUSTEE: Jerry Namba (TR)**     jnambaepiq@earthlink.net, jnamba@iq7technology.com;jn01@trustesolutions.net

**United States Trustee (ND)**     ustpregion16.nd.ecf@usdoj.gov

**ATTORNEY FOR INTERESTED PARTY: Jason Wallach**     jwallach@ghplaw.com, g33404@notify.cincompass.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                       **F 9013-3.1.PROOF.SERVICE**